FILED by ___ D.C.
ELECTRONIC

**Dec. 8, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## Southern District Of Florida

Case Number:         - CIV – Judge

RICHARD STROTHERS        **09-23658-CIV-Seitz/O'sullivan**

        Plaintiff

v.

NCL (BAHAMAS), LTD., d/b/a
NCL and/or NCL AMERICA
NORWEGIAN CRUISE LINES,
and NORWEGIAN JEWEL

        Defendant

## COMPLAINT

The plaintiff, Richard Strother, by and through undersigned counsel sues the Defendants, Norwegian Cruise Lines and Norwegian Jewel, for damages and as grounds therefore states the following:

## GENERAL ALLEGATIONS

1.     This is a cause of action which is brought in the District Court for the Southern District of Florida pursuant to 28 U.S.C. 1333 and the forum selection of Plaintiff's passenger cruise ticket with Defendant. The cause of action is in excess of $75,000.00. There is diversity of citizenship as Plaintiff is a resident of New Jersey. This is a maritime cause of action.

2.     Plaintiff has complied with all conditions precedent to bringing this action.

3.     Defendant, NCL Corporation Ltd. is, upon information and belief, a foreign and/or Bahamian corporation which is licensed to do business in Florida as a cruise lines. Defendant's base of operation is in Miami, Dade County, Florida.

1

4.     Defendant, Norwegian Cruise Lines is, upon information and belief, is a subsidiary, affiliate, agent or assigned of NCL (Bahamas) LTD.

5.     Defendant, Norwegian Jewel is, upon information and belief the vessel on which plaintiff was injured which is owned and/or operated by NCL (Bahamas) Ltd. and Norwegian Cruise Lines to transport passengers.

## COUNT ONE

6.     Plaintiff reavers and realleges paragraphs One through Five as if set forth herein.

7.     On or about December 8, 2009, plaintiff, Richard Strothers, was an adult fare paying passenger on the defendant's vessel, Norwegian Jewel, on the aforesaid date.

8.     At all times the Defendants owed Plaintiff a duty of reasonable care in the circumstances aboard its vessel.

9.     Notwithstanding defendant's duty as aforesaid, the Defendants, jointly and severally, breached its duty by unreasonably:

a.     Failing to properly an safely maintain the deck of the ship; and/or

b.     Failing to properly and safely warn Plaintiff of the dangers of the deck;

c.     Failing to take reasonable precautions to protect passengers from a dangerous condition.

10.     As a result of the foregoing, the Plaintiff was injured when he slipped and fell.

11.     At all times material, the Defendants either created the dangerous condition of which Plaintiff complains and/or the dangerous conditions existed for a sufficient period of time that Defendants had time constructive knowledge of the

2

dangerous conditions hereinbefore alleged to have caused or contributed to causing

Plaintiff's injury.

12.     At all times, the plaintiff, Richard Strother, was acting with due care for

his own safety.

13.     By reason of the Plaintiff's injuries, the plaintiff, Richard Strother,

suffered great physical and mental pain suffering.

14.     As a result of the negligence of the Defendants as aforesaid, the Plaintiff

was injured in and about his body and extremities and suffered pain, mental and

emotional distress and anguish therefrom; incurred medical expenses and physical

handicap and a loss of the ability to enjoy life; suffered a loss of earnings and loss of

earning capacity.

15.     Said personal injuries are permanent and continuing in nature and the

Plaintiff's shall continue to suffer such losses and impairments in the future.

16.     Further, Plaintiff does not know the total reasonable value of medical care

already rendered or to be rendered in the future for the care and treatment of said injuries,

and therefore prays leave to amend this complaint to show the full value when more is

ascertained.

Plaintiff demands a trial by jury of all issues so triable.

WHEREFORE, plaintiff prays for a judgment against the defendant for

damages, costs of suit, and other such relief as the Court may deem just and proper.

3

Dated: 12/8/09

Rosalyn Dunlap, Esquire
FL Bar No. 20063
Law Offices of
ROSALYN DUNLAP, LLC
PO Box 616705
Orlando, Florida 32861-6705
(407) 290-1602
(407) 292-8585 facsimile
rosalyndunlap@yahoo.com

Attorney for Plaintiff

JS 44   (Rev. 2/08)

# CIVIL COVER SHEET

ELECTRONIC    D.C.

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)    NOTICE: Attorneys MUST Indicate All Re-filed

Dec. 8, 2009

## I. (a) PLAINTIFFS

RICHARD STROTHERS

**DEFENDANTS**

NCL (BAHAMAS), LTD., d/b/a NCL an

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

**(b)** County of Residence of First Listed Plaintiff  **Essex County, NJ**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **Dade County, FL**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Law Offices of Rosalyn Dunlap, LLC, PO Box 616705, Orlando, FL 616705 - Tel # (407) 290-1602

Attorneys (If Known)

Unknown

**(d)** Check County Where Action Arose:  ☑ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  HIGHLANDS

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question (U.S. Government Not a Party)

☑ 4  Diversity (Indicate Citizenship of Parties in Item III)

☐ 2  U.S. Government Defendant

**09CV23658 PAS/JJO**

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☑ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☑ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN  (Place an "X" in One Box Only)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Re-filed- (see VI below)  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO   b) Related Cases ☐ YES ☑ NO

JUDGE                                   DOCKET NUMBER

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

28 USC 1333 - Plaintiff was injured due to Defendant's negligence while a passenger on Defendant's Vessel

LENGTH OF TRIAL via **2-3** days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE
December 8, 2009

FOR OFFICE USE ONLY

AMOUNT  **350**    RECEIPT #  **726677**    IFP

5 of 5